MEMORANDUM OPINION

 No. 04-11-00858-CV

 SENDERO SERVICES, INC.,
 Appellant

 v.

 EAGLE FORD MINERALS, LLC,
 Appellee

 From the 81st Judicial District Court, La Salle County, Texas
 Trial Court No. 11-11-00175-CVL
 Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting: Karen Angelini, Justice
 Sandee Bryan Marion, Justice
 Phylis J. Speedlin, Justice

Delivered and Filed: February 1, 2012

DISMISSED

 The parties have filed an agreed motion to dismiss this appeal,
stating that they have fully compromised and settled all issues in dispute.
The motion is granted, and this appeal is dismissed. See Tex. R. App. P.
42.1(a); Caballero v. Heart of Tex. Pizza, LLC, 70 S.W.3d 180, 181 (Tex.
App.-San Antonio 2001, no pet.). Costs of appeal are taxed against the
party who incurred them. See Tex. R. App. P. 42.1(d).
 PER CURIAM